UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KONRAD KORZENIOWSKI,<br>Plaintiff | CIVIL NO.:<br>3:09-cv-01517 (JCH) |
| V | |
| ACADEMY COLLECTION SERVICES,<br>ET AL<br>Defendants | DECEMBER 7, 2009 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1), the pro-se plaintiff, KONRAD KORZENIOWSKI, and the defendants, Academy Collection Services a/k/a Monarch Recovery Management; Keith Dickstein; William Fuller; Diane Mazzacano; Sharon M. Tarallo; Bruce Gelting, individually, and in official capacity, through their attorney, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorneys fees.

PLAINTIFF, KONRAD KORZENIOWSKI

BY: *[signature]*
Konrad Korzeniowski   (pro se)
51 Rackliffe Drive
New Britain CT  06051
Tel: 860/585-9436; Fax:  866/796-3839
Konrad255@gmail.com

-1-

DEFENDANTS, ACADEMY COLLECTION SERVICES a/k/a MONARCH RECOVERY MANAGEMENT; KEITH DICKSTEIN; WILLIAM FULLER; DIANE MAZZACANO; SHARON M. TARALLO; BRUCE GELTING, individually, and in official capacity.

BY *(signature)*
CHRISTOPHER S. ACQUANITA (ct20782)
christopher.acquanita@chartisinsurance.com
Law Offices of Jack V. Genovese II
200 Glastonbury Boulevard (# 301)
Glastonbury, CT  06033
Tel:  860/633-4797
Fax:  860/633-0694

(09287)

# **GENERAL RELEASE**

TO ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN, KNOW THAT:

I, **KONRAD KORZENIOWSKI**, for and in consideration of the sum of **TWO THOUSAND THREE HUNDRED FIFTY DOLLARS AND ZERO CENTS ($2,350.00)**, received from: Academy Collection Services a/k/a Monarch Recovery Management; Keith Dickstein; William Fuller; Diane Mazzacano; Sharon M. Tarallo; Bruce Gelting, individually, and in official capacity, hereafter referred to as the Releasees, receipt of which is hereby acknowledged, releases and discharges the RELEASEES, RELEASEES' agents, servants, employees, officers, directors, heirs, executors, administrators, successors, assignors and assigns from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, torts, damages, judgments, extents, executions, claims and demands whatsoever, in law, admiralty or equity, which against the RELEASEES, the RELEASOR, RELEASOR'S heirs, executors, administrators, successors and assigns ever had, now have or hereafter can, shall or may, have for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of time to the date of this RELEASE, and in particular in connection with a claim for losses which was the subject of a lawsuit pending or previously pending in the United States District Court, District of Connecticut, case number 3:09-cv-1517.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 09 day of December, 2009.

_____  
Witness

RELEASOR:  
_____  
**KONRAD KORZENIOWSKI**

STATE OF CONNECTICUT]  
                                    ] SS:  
COUNTY OF HARTFORD ]

Personally appeared, **KONRAD KORZENIOWSKI**, signer and sealer of the foregoing instrument and acknowledged the same to be his/her free act and deed before me on this 09 day of December, 2009.

BY: _____  
Commissioner of Superior Court  
Notary Public

My Commission Expires: _____

Notary Public  
Dariusz Szteborowski  
Comm. Exp. 2/28/2010



New Britain, 12/09/09
Signature verified based
on driver license # 137671540